# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUE ANN NAVARRO, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-01948-RCJ-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WAL-MART STORES, INC., *et al.*, ) | Motion to Withdraw as Counsel (#12) |
| ) | |
| Defendants. ) | |

This matter comes before the Court on Jan Paul Koch, Esq.'s Motion to Withdraw as Counsel for Plaintiff (#12), filed on February 28, 2013.  The Court conducted a hearing on the Motion on April 1, 2013.  *See Minutes of Proceedings, Doc. #16*.  At the hearing, Mr. Koch was instructed that the Court would enter an order approving his withdrawal upon submission of a status report on or before May 1, 2013.  *Id.*  Mr. Koch filed a Status Report (#17) on May 1, 2013 in which he represents Plaintiff submitted her answers to Defendant's first round of discovery requests on April 30, 2013.  Accordingly,

**IT IS HEREBY ORDERED** that Jan Paul Koch, Esq.'s Motion to Withdraw as Attorney of Record (#12) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff Sue Ann Navarro with a copy of this Order at her last known address:

   5096 San Rafael Avenue
   Las Vegas, Nevada 89122

...

...

...

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the address of Plaintiff listed above to the civil docket in this case.

DATED this 2nd day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge